In the Matter of the Application of A. DAVID BENJAMIN, Appellant, for an Order to Invalidate, etc., the Designating Petitions Filed by JOHN CASHMORE with the BOARD OF ELECTIONS, etc., Respondents, Purporting to Designate Him as a Candidate for the Office of President of the Borough of Brooklyn, etc., in the Republican Primary Election.— On the record submitted to the court it is impossible to determine the question of fact involved in the alleged invalidity of a large number of signatures to the petition upon which respondent Cashmore claims to have proof, and, therefore, since the hearing was not completed the court may not pass upon the question of law presented. Order reversed on the law and the facts, without costs, and matter remitted to the Special Term, Kings County, Mr. Justice Garvin presiding, for the purpose of taking further proof. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

In the Matter of the Application of LOUIS A. BERKO, Respondent, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents, for an Order to Invalidate, etc., the Petition Filed by or on Behalf of DANIEL E. FITZPATRICK, as a Candidate for the Public Office of Justice of the Municipal Court, etc., Borough of Queens, etc., Appellant.— Order affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals denied. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

In the Matter of the Application of LORENZO C. CARLINO and Others, Appellants, for the Determination, etc., of the Validity of the Designating Petitions Filed in Behalf of WILFRED M. THOMPSON for Mayor, and Others, etc., for the City of Long Beach, etc., Respondents.— Order affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals denied. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.